People v Stevenson (2025 NY Slip Op 06625)

People v Stevenson

2025 NY Slip Op 06625

Decided on November 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
FRANCESCA E. CONNOLLY
ROBERT J. MILLER
SUSAN QUIRK, JJ.

2019-11904
 (Ind. No. 160/18)

[*1]The People of the State of New York, respondent,
v
Ahquan Stevenson, appellant.

Ahquan Stevenson, Napanoch, NY, appellant pro se.
David M. Hoovler, District Attorney, Goshen, NY (Andrew R. Kass of counsel), for respondent.
Mary Zugibe Raleigh, Pine Bush, NY, former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 28, 2021 (People v Stevenson, 196 AD3d 705), affirming a judgment of the County Court, Orange County, rendered September 16, 2019.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DUFFY, J.P., CONNOLLY, MILLER and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court